FILED IN CHAMBERS
U.S.D.C. Rome

MAY 31 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

MARLOS CELIS-SOSA and LUCIO CELIS-SOSA,

    Defendants.

CRIMINAL ACTION
NOS. 4:10-CR-43-4

4:10-CR-43-5

O R D E R

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto. the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 31st day of May, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge